*Friday, June 6, 1997*

## MOTION DOCKET

**96–2006.  Minton v. Honda of Am. Mfg., Inc.**
Montgomery App. No. 14949.  This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County.  Upon consideration of the motion of Hugh J. Bode for admission *pro hac vice* of Eric A. Portuguese, .

IT IS ORDERED by the court that the motion for admission *pro hac vice* be, and hereby is, granted.

**96–2006.  Minton v. Honda of Am. Mfg., Inc.**
Montgomery App. No. 14949.  This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County.  Upon consideration of the motion of *amicus curiae*, Raymond Richard Nelson, for leave to file an additional authority,

IT IS ORDERED by the court that the motion for leave to file an additional authority be, and hereby is, granted, and the *amicus curiae* may file the citation to the additional authority with a copy of the authority attached, on or before June 9, 1997.

**96–2025.  Minton v. Honda of Am. Mfg., Inc.**
Montgomery App. No. 14949.  This cause is pending before the court on the certification of conflict by the Court of Appeals for Montgomery County.  Upon consideration of the motion of Hugh J. Bode for admission *pro hac vice* of Eric A. Portuguese,

IT IS ORDERED by the court that the motion for admission *pro hac vice* be, and hereby is, granted.

**96–2025.  Minton v. Honda of Am. Mfg., Inc.**
Montgomery App. No. 14949.  This cause is pending before the court on the certification of conflict by the Court of Appeals for Montgomery County.  Upon consideration of the motion of *amicus curiae*, Raymond Richard Nelson, for leave to file an additional authority,

IT IS ORDERED by the court that the motion for leave to file an additional authority be, and hereby is, granted, and the *amicus curiae* may file the citation to the additional authority with a copy of the authority attached, on or before June 9, 1997.

## MISCELLANEOUS DISMISSALS

**97–721.  State ex rel. Price v. Whitmore.**
Summit App. No. 18048.  This cause is pending before the court as an appeal from the Court of Appeals for Summit County.  It appears from the records of this court that appellant has not filed a merit brief, due June 2, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**97–1077.  State ex rel. Okocha v. Cuyahoga Cty. Bar Assn.**
In Mandamus and Prohibition.  This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition and was considered in a manner prescribed by law.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*
MOYER, C.J., and LUNDBERG STRATTON, J., would hold for response.
DOUGLAS, J., would hold for a response from respondents.